*R. D. Meader, E. J. Reagan,* contra.

---

### 14728.   GRAVITT *v.* GEORGIA CASUALTY COMPANY *et al.*

JENKINS, P. J. Under the answers of the Supreme Court to the controlling questions in this case, certified to it by this court, the judge of the superior court was correct in setting aside the award of the industrial commission on the appeal therefrom by the insurance carrier. 158 *Ga.* 613 (123 S. E. 897).

> *Judgment affirmed. Stephens and Bell, JJ., concur.*
> DECIDED SEPTEMBER 19, 1924.

Appeal; from Gwinnett superior court—Judge Fortson. May 26, 1923.

*H. H. Perry, W. N. Oliver,* for plaintiff.

*I. L. Oakes, Charters, Wheeler & Lilly,* for defendants.